```
                                          FILED
                                    DISTRICT OF WYOMING
                                    U.S. DISTRICT COURT

                                       MAY - 7 2021

                                    U.S. MAGISTRATE JUDGE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Number: 21-cr-58-MLC |
| v. | |
| ASHLIN L. CUENO, | |
| Defendant. | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 5, 2021, within the exterior boundaries of Yellowstone National Park, in the District of Wyoming the Defendant, ASHLIN L. CUNEO, did knowingly and intentionally possess a controlled substance, to-wit: marijuana and methamphetamine, Schedule I controlled substances.

In violation of 21 U.S.C. § 844.

DATED this 7th day of May 2021.

L. ROBERT MURRAY
Acting United States Attorney

By: /s/ Stephanie Hambrick
STEPHANIE HAMBRICK
Assistant United States Attorney

# PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | ASHLIN L. CUENO |
| **DATE:** | May 7, 2021 |
| **INTERPRETER NEEDED:** | No |
| **VICTIMS:** | No |
| **OFFENSE/PENALTIES:** | 21 U.S.C. § 844(a)<br>(Simple Possession)<br><br>Up to 1 Year Imprisonment<br>$1,000 Mandatory Minimum Fine up to $100,000<br>Up to 5 Years probation<br>$25 Special Assessment<br>Class "A" Misdemeanor |
| **AGENT:** | Jacob Zeid, NPS |
| **AUSA:** | Stephanie A. Hambrick<br>Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |