
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| vs | Case Number  0:21-CR-00058-MLC-1 |
| ASHLIN L CUNEO<br>Defendant | |
| Violation Charged<br>(1) Speeding<br>(2) Operate veh while under inf of alcohol to degree that renders op incapable<br>(3) Possession of a controlled substance | Citation Number<br>(1) 9111497<br>(2) 9111498<br>(3) E1057375 |

Date Violation Notice Issued   05/05/2021        Place   Yellowstone National Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:32-10:02                     Interpreter
Date  May 7, 2021                   Interpreter Telephone

Before the Honorable  Mark L. Carman

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Stephanie Hambrick | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on
☑ Appeared   ☑ By telephone
          ☐ Voluntarily   ☑ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
          ☐ FPD   ☐ PANEL-CJA   ☐ RETAINED
☑ Attorney waived

☑ Court orders case continued to   07/19/2021   at   11:00am
     reason:   Sentencing in person

- [x] Bail is set at  $1,000.00
    - [ ] P/R-No Amount  [x] Unsecured  [ ] Cash/Surety
- [x] Conditions of release

    report to Pretrial Services Office as directed, shall not travel outside the state of ID except for court hearings, shall not change residence without approval from Probation Officer if you plan to change residence you shall notify the Pretrial Services Officer 10 days before the change- if notifying the Officer is not possible 10 days in advance due to unanticipated circumstances you shall notify the Probation Officer within 72 hours of becoming aware of the change, shall allow Probation Officer to visit anytime at your home or elsewhere, shall permit the Officer to take items prohibited by the conditions of your supervision that he/she observes in plain view, if questioned by a Law Enforcement Officer you shall notify the Probation Officer within 24 hours, shall obey all laws, shall not posses or use any controlled substances that you do not have a lawful prescription, shall not possess or consume marijuana, shall submit to testing for alcohol or controlled substances, shall complete a substance abuse evaluation if and as directed by Pretrial Services Officer, must appear in court, sign appearance bond, shall not use, consume or be in possession of alcohol or enter into bars/pubs/lounges/liquor stores, is allowed to travel to MT with family on 5/11/21-5/16/21

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> - [x] Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> - [x] Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
>     This consent was made  [x] orally   [ ] in writing

- [x] Informed of charges and rights       Date  May 7, 2021
- [x] Defendant arraigned                  Date  May 7, 2021
- [x] Court accepts plea     Defendant enters [x] Guilty     [ ] Not Guilty Plea
- [ ] Trial     Witnesses

- [x] Disposition
    - [ ] Not Guilty
    - [x] Guilty          Possession of controlled substances
    - [ ] Dismissed
    - [ ] Collateral Forfeited
    - [ ] *Nolo Contendere*
- [x] PSI ordered
- [ ] Sentence         Date
- [ ] Imposition of jail sentence suspended
- [ ] Committed to custody for a period of
- [ ] Probation for a period of
    - [ ] With Supervision     [ ] Without Supervision
- [ ] Special Conditions of Probation

- ☐ Fine                                Payable
- ☐ Restitution                  To
- ☐ Community Service      To
- ☐ Special Assessment
- ☐ Processing fee: $ 30.00
- ☐ Defendant advised of right to appeal
- ☑ Other  3607 case, no judgment will be entered, does not qualify for expungment. Upon successful completion of program- counts 1 and 2 will be dismissed